**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

---

| | |
|---|---|
| **Simple Wishes, LLC,** | Case No. 1:20-cv-00494 |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Root Global, Inc.,** | |
| Defendant. | |

---

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Simple Wishes, LLC ("Plaintiff" or "Simple Wishes") files this complaint against Defendant Root Global, Inc. d/b/a Momcozy, Rootdirect, Rootnext, Beauties, Joysea, JIAN, and Kamadirect (collectively, "Defendant" or "Root Global") and alleges the following:

### THE PARTIES

1. Plaintiff Simple Wishes is a Delaware corporation, with its principal place of business in Dallas, Texas.

2. Defendant Root Global is a Colorado corporation, with, upon information and belief, its principal place of business 36 S. 18th Avenue, Suite A, Brighton, Colorado, 80601.

3. Upon information and belief, Defendant Root Global conducts and/or has conducted business under at least the following names: Momcozy, Rootdirect, Rootnext, Beauties, Joysea, JIAN, and Kamadirect, including without limitation by using these

seller names when listing products on Amazon.com and at the website www.momcozy.com.

## JURISDICTION AND VENUE

4. This is an action for patent infringement under 35 U.S.C. § 271, *et seq*.

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has personal jurisdiction over Defendant because its principal place of business is in this District, and because it makes, imports, uses, offers to sell, and/or sells its infringing product in this District.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400(b), as this is the judicial district in which Defendant resides, and where Defendant has committed acts of infringement and has a regular and established place of business.

## PLAINTIFF SIMPLE WISHES AND THE PATENT-IN-SUIT

8. Plaintiff Simple Wishes was founded in 2008 by four sisters. Simple Wishes develops, manufactures, and sells garments worn by nursing mothers while using a breast pump to express breast milk.

9. Simple Wishes has protected its innovative designs, including through patents issued by the United States Patent and Trademark Office.

10. One of Simple Wishes' patents is U.S. Patent No. 8,323,070 (the "'070 Patent"). Debra Abbaszadeh, one of the company's founding sisters, is the inventor on the '070 Patent. A copy of the '070 Patent is attached as Exhibit A. Simple Wishes is the owner by assignment of the '070 Patent.

11. The patented bra of the '070 Patent holds the breast flanges, or shields, of the breast pump in place over an exposed portion of the breast, allowing for hands-free pumping. This patented design was and continues to be a marked improvement over earlier pumping bras in multiple ways, including the addition of cover panels that allow for use of the bra while pumping, while at the same time allowing the bra to comfortably be worn all day.

12. Figure 1 of the '070 Patent is shown here:




13. An image of Simple Wishes' Signature Hands Free Pumping Bra, which embodies the'070 Patent, is shown here:



14. Claim 1 of the ’070 Patent reads:

1. A garment, comprising:

a first planar breast covering panel having front and back surfaces, top and bottom edges, as well as first and second side edges, said first planar panel provided with a first opening;

a second planar breast covering panel having front and back surfaces, top and bottom edges, as well as third and fourth side edges, said second planar panel provided with a second opening;

a center planar panel having a top and bottom edge as well as fifth and sixth side edges, said center panel attached to said first planar breast covering panel and said second planar breast covering panel;

a first attachment device removably attaching said first side edge to said fifth side edge;

a second attachment device removably attaching said third side edge to said sixth side edge;

a first covering concealing said first opening, wherein said first covering comprises a first pair of pieces attached to said front of said first planar breast covering panel and a second pair of pieces attached to said back of said first planar breast covering panel; and

a second covering concealing said second opening, wherein said second covering comprises a third pair of pieces attached to said front of said second planar breast covering panel and a fourth pair of pieces attached to said back of said second planar breast covering portion;

wherein said first and second planar breast covering panels are adapted to extend around a woman's chest with said first opening aligned with a first breast and said second opening aligned with a second breast, thereby allowing a breast pump to be held adjacent to a nipple of at least one of the first and the second breasts for hands free pumping.

15. Claim 33 of the '070 Patent reads:

33. A bustier to assist in pumping breast milk, comprising:

a planar breast covering panel having front and back surfaces, said planar panel provided with first and second openings;

a first covering concealing said first and second openings, said first covering comprises a first pair of pieces covering said first opening and a second pair of pieces covering said second opening;

wherein said planar breast covering panel extends around a woman's chest with said first opening aligned with one of the woman's breasts and said second opening aligned with the second breast of the woman, thereby allowing separate breast pumps to be held adjacent to a nipple of at least one of the woman's breasts for hands free pumping.

**DEFENDANT'S INFRINGING CONDUCT**

16. On information and belief, beginning at least as early as fall of 2017, and likely before, Defendant Root Global made (or had made), imported, used, offered for sale, and/or sold, a product of the style depicted below:



17. One name used by Defendant for the above style of bra was "Momcozy" brand, 4th Series Hands-Free Pumping Bra, Adjustable Breast-Pumps Holding Bra. On information and belief, Defendant may have also used other names for this same style as well.

18. On information and belief, Defendant offered for sale and sold the bra shown above on Amazon.com under various seller names, including at least Beauties, Rootdirect, Rootnext, Joysea, and JIAN.

19. On information and belief, Defendant also offered for sale and sold the bra shown above on the website www.momcozy.com.

20. On information and belief, Defendant Root Global was and is the corporate entity behind these Amazon seller names, and behind the www.momcozy.com website.

21. Products listed for sale on Amazon.com are provided Amazon Standard Identification Numbers ("ASINs"). ASINs are used by Amazon to uniquely track and identify items.

22. In April 2017, Simple Wishes obtained a General Exclusion Order (the "GEO") from the International Trade Commission, prohibiting the importation of products infringing the '070 Patent into the United States.

23. Between June 2017 and April 2019, Simple Wishes identified and reported to Amazon.com at least 115 distinct ASINs listed by Defendant as infringing the '070 Patent in violation of the GEO.

24. All products made, used, imported, offered for sale, or sold by Defendant of the style depicted at paragraph 16 are collectively referred to as "Group 1 Accused Products." This includes products made, used, imported, offered for sale, and/or sold by Defendant under any brand, any product name, by any seller name, of any size, of any color, and through any channel or platform.

25. Defendant has infringed and does infringe Simple Wishes' '070 Patent by making (or having made), using, importing, offering for sale, and/or selling the Group 1 Accused Products. An exemplary claim chart showing this infringement is attached as Exhibit B.

26. Beginning in or around November 2019, Defendant began offering for sale and selling a bra of the style depicted below:



27. On information and belief, Defendant offered for sale and sold the style of bra shown above on Amazon.com under at least the seller name Kamadirect.

28. On information and belief, Defendant also offered for sale and sold the bra shown above on the website www.momcozy.com.

29. On information and belief, Defendant Root Global was and is the corporate entity behind this Amazon seller name, and the www.momcozy.com website.

30. All products made, used, imported, offered for sale, or sold by Defendant of the style depicted at paragraph 26 are collectively referred to as "Group 2 Accused Products." This includes products made, used, imported, offered for sale, and/or sold by Defendant under any brand, any product name, by any seller name, of any size, of any color, and through any channel or platform.

31. Defendant has infringed and does infringe Simple Wishes' '070 Patent by making (or having made), using, importing, offering for sale, and/or selling the Group 1

Accused Products. An exemplary claim chart showing this infringement is attached as Exhibit C.

32. On information and belief, Defendant intended to and did intentionally and blatantly copy the designs covered by Simple Wishes' '070 Patent, including without limitation by making and selling a knock-off of Simple Wishes' Signature Hands Free Pumping Bra.

33. On information and belief, Defendant has had knowledge of Simple Wishes' '070 Patent, and its infringement of that patent, based on Simple Wishes having marked its products and/or having provided actual notice Defendant of its infringement allegations.

34. Therefore, Defendant's infringement of Simple Wishes' '070 Patent is willful under 35 U.S.C. § 284.

35. Simple Wishes has been damaged by the foregoing infringing and wrongful acts of Defendant, including, without limitation, suffering actual damages.

36. Simple Wishes' damages will properly include an award of enhanced damages, equaling treble the number of its actual damages, based on the willful nature of Defendant's infringement.

37. Defendant's wrongful conduct and infringing activities will continue unless enjoined by this Court.

**COUNT I**
**PATENT INFRINGEMENT UNDER 35 U.S.C. § 271**

38. Plaintiff Simple Wishes realleges and incorporates by reference the foregoing paragraphs of this Complaint as if fully set forth here.

39. Defendant has infringed and continues to infringe the ’070 Patent by making (or having made), using, selling, and/or offering to sell in the United States, and/or importing into the United States the Group 1 Accused Products and Group 2 Accused Products, as described above.

40. Plaintiff Simple Wishes has been and will continue to be irreparably harmed by Defendant’s infringement of the ’070 Patent.

41. As a result of Defendant’s infringement of the ’070 Patent, Plaintiff Simple Wishes has suffered and continues to suffer damages. Plaintiff Simple Wishes is entitled to recover damages adequate to compensate it for Defendant’s acts of infringement, in an amount which can be no less than a reasonable royalty.

42. Plaintiff Simple Wishes is informed and believes, and on that basis alleges, that with notice of the ’070 Patent and its infringement of that patent, Defendant has willfully infringed and continues to willfully infringe the ’070 Patent, making this an exceptional case and justifying the assessment of treble damages pursuant to 35 U.S.C. § 284 and attorney fees pursuant to 35 U.S.C. § 285.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Simple Wishes respectfully prays for the following relief:

A. A judgment that Defendant has infringed Simple Wishes' '070 patent;

B. An order and judgment preliminarily and permanently enjoining Defendant and all its agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from Defendant, or in concert or participation with Defendant, from engaging in further acts of infringement of Simple Wishes' '070 patent;

C. A judgment awarding Simple Wishes all damages adequate to compensate for Defendant's infringement of Simple Wishes' patent, and in no event less than a reasonable royalty for Defendant's acts of infringement, including all pre-judgment and post-judgment interest at the maximum rate permitted by law;

D. A judgment awarding Simple Wishes all damages, including treble damages, based on any patent infringement found to be willful, pursuant to 35 U.S.C. § 284, together with prejudgment interest;

E. A judgment declaring that this case is exceptional and awarding Simple Wishes its expenses, costs, and attorney fees in accordance with 35 U.S.C. §§ 284 and 285 and Rule 54(d) of the Federal Rules of Civil Procedure; and

F. Such other and further relief as the Court deems just and proper.

**JURY TRIAL DEMANDED**

Pursuant to Federal Rule of Civil Procedure 38(b), Simple Wishes hereby demands trial by jury on all issues raised by this complaint.

Dated: February 24, 2020

Respectfully submitted,

*/s/Jennifer Seraphine*

Jennifer Seraphine
seraphine@turnerboyd.com
Jacob Zweig
zweig@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone: 650.521.5930
Facsimile: 650.521.5931

*Attorneys for Plaintiff*
*Simple Wishes, LLC*