# EXHIBIT B

**Simple Wishes' U.S. Patent No. 8,323,070 vs. Momcozy 4th Series Hands-Free Pumping Bra, Adjustable Breast-Pumps Holding Bra**

| **U.S. Patent No. 8,323,070, Claim 1** | **Momcozy 4th Series Hands-Free Pumping Bra, Adjustable Breast-Pumps Holding Bra** |
|---|---|
| 1. A garment, comprising: | The Momcozy 4th Series Hands-Free Pumping Bra, Adjustable Breast-Pumps Holding Bra ("Momcozy Bra") is a garment. |
| a first planar breast covering panel having front and back surfaces, top and bottom edges, as well as first and second side edges, said first planar panel provided with a first opening; | The Momcozy Bra has a first planar breast covering panel having front and back surfaces, top and bottom edges, as well as first and second side edges, said first planar panel provided with a first opening, as shown in the two photos of the Momcozy Bra below. The first photo shows the front of the Momcozy Bra. In the second photo, the center panel of Momcozy Bra has been unzipped from the second planar breast covering panel and the Momcozy Bra has been unfolded to reveal its interior surface.   |

| U.S. Patent No. 8,323,070, Claim 1 | Momcozy 4th Series Hands-Free Pumping Bra, Adjustable Breast-Pumps Holding Bra |
|---|---|
| | back surface of first planar breast covering panel<br> |

| U.S. Patent No. 8,323,070, Claim 1 | Momcozy 4th Series Hands-Free Pumping Bra, Adjustable Breast-Pumps Holding Bra |
|---|---|
| a second planar breast covering panel having front and back surfaces, top and bottom edges, as well as third and fourth side edges, said second planar panel provided with a second opening; | The Momcozy Bra has a second planar breast covering panel having front and back surfaces, top and bottom edges, as well as third and fourth side edges, said second planar panel provided with a second opening, as shown in the two photos below. The first photo shows the front of the Momcozy Bra. In the second photo, the center panel of Momcozy Bra has been unzipped from the second planar panel and the Momcozy Bra has been unfolded to reveal its interior.   |

| U.S. Patent No. 8,323,070, Claim 1 | Momcozy 4th Series Hands-Free Pumping Bra, Adjustable Breast-Pumps Holding Bra |
| --- | --- |
| | back surface of second planar breast covering panel  |

| U.S. Patent No. 8,323,070, Claim 1 | Momcozy 4th Series Hands-Free Pumping Bra, Adjustable Breast-Pumps Holding Bra |
|---|---|
| a center planar panel having a top and bottom edge as well as fifth and sixth side edges, said center panel attached to said first planar breast covering panel and said second planar breast covering panel; | The Momcozy Bra has a center planar panel having a top and bottom edge as well as fifth and sixth side edges, said center panel attached to said first planar breast covering panel and said second planar breast covering panel, as shown in the photo below:   |

| U.S. Patent No. 8,323,070, Claim 1 | Momcozy 4th Series Hands-Free Pumping Bra, Adjustable Breast-Pumps Holding Bra |
|---|---|
| a first attachment device removably attaching said first side edge to said fifth side edge; | The Momcozy Bra has a first attachment device removably attaching said first side edge to said fifth side edge, as shown in the photo below: first attachment device removably attaching first side edge to fifth side edge   |

| U.S. Patent No. 8,323,070, Claim 1 | Momcozy 4th Series Hands-Free Pumping Bra, Adjustable Breast-Pumps Holding Bra |
|---|---|
| a second attachment device removably attaching said third side edge to said sixth side edge; | The Momcozy Bra has a second attachment device removably attaching said third side edge to said sixth side edge, as shown in the photo below:   |

| U.S. Patent No. 8,323,070, Claim 1 | Momcozy 4th Series Hands-Free Pumping Bra, Adjustable Breast-Pumps Holding Bra |
|---|---|
| a first covering concealing said first opening, wherein said first covering comprises a first pair of pieces attached to said front of said first planar breast covering panel and a second pair of pieces attached to said back of said first planar breast covering panel; and | The Momcozy Bra has a first covering concealing said first opening, wherein said first covering comprises a first pair of pieces attached to said front of said first planar breast covering panel, as shown in the photo below: first covering: first pair of pieces attached to front of first planar breast covering panel   |

| U.S. Patent No. 8,323,070, Claim 1 | Momcozy 4th Series Hands-Free Pumping Bra, Adjustable Breast-Pumps Holding Bra |
|---|---|
| | The Momcozy Bra's first covering concealing said first opening also comprises a second pair of pieces attached to said back of said first planar breast covering panel, as shown in the photo below, which shows the Momcozy Bra with the center panel unzipped from the second planar breast covering panel and folded back to reveal the back surface of the first planar breast covering panel:<br><br>first covering: second pair of pieces attached to back of first planar breast covering panel<br> |

| U.S. Patent No. 8,323,070, Claim 1 | Momcozy 4th Series Hands-Free Pumping Bra, Adjustable Breast-Pumps Holding Bra |
|---|---|
| a second covering concealing said second opening, wherein said second covering comprises a third pair of pieces attached to said front of said second planar breast covering panel and a fourth pair of pieces attached to said back of said second planar breast covering portion; | The Momcozy Bra has a second covering concealing said second opening, wherein said second covering comprises a third pair of pieces attached to said front of said second planar breast covering panel, as shown in the photo below:   |

| U.S. Patent No. 8,323,070, Claim 1 | Momcozy 4th Series Hands-Free Pumping Bra, Adjustable Breast-Pumps Holding Bra |
|---|---|
| | The Momcozy Bra's second covering concealing said second opening also comprises a fourth pair of pieces attached to said back of said second planar breast covering portion, as shown in the photo below, which shows the Momcozy Bra with the center panel unzipped from the second planar breast covering panel and folded back to reveal the back surface of the second planar breast covering panel: second covering: fourth pair of pieces attached to back of second planar breast covering panel   |

| U.S. Patent No. 8,323,070, Claim 1 | Momcozy 4th Series Hands-Free Pumping Bra, Adjustable Breast-Pumps Holding Bra |
|---|---|
| wherein said first and second planar breast covering panels are adapted to extend around a woman's chest with said first opening aligned with a first breast and said second opening aligned with a second breast, thereby allowing a breast pump to be held adjacent to a nipple of at least one of the first and the second breasts for hands free pumping. | The Momcozy Bra's first and second planar breast covering panels are adapted to extend around a woman's chest with said first opening aligned with a first breast and said second opening aligned with a second breast, thereby allowing a breast pump to be held adjacent to a nipple of at least one of the first and the second breasts for hands free pumping, as shown in the photo below, which depicts what the Momcozy Bra would look like when worn with breast pumps, and which was downloaded from an Internet Archive cache of the Momcozy.com website dated March 13, 2018, at https://web.archive.org/web/20180313105755/http://momcozy.com/:  |