# EXHIBIT C

**Simple Wishes' U.S. Patent No. 8,323,070 vs. Momcozy Hands Free Pumping Bra**

| **U.S. Patent No. 8,323,070, Claim 33** | **Momcozy Hands Free Pumping Bra** |
| --- | --- |
| 33. A bustier to assist in pumping breast milk, comprising: | The Momcozy Hands Free Pumping Bra is a bustier to assist in pumping breast milk, as indicated in the following passage, taken from Momcozy's Amazon page for this product:<br><br>"Momcozy Nursing and Pumping Bra can be used for breast feeding, pumping or both together."<br><br>https://www.amazon.com/Momcozy-Adjustable-Breast-Pumps-Suitable-Lansinoh/dp/B07ZHVDJG2?th=1 |

| U.S. Patent No. 8,323,070, Claim 33 | Momcozy Hands Free Pumping Bra |
|---|---|
| a planar breast covering panel having front and back surfaces, said planar panel provided with first and second openings; | The Momcozy Hands Free Pumping Bra has a planar breast covering panel having front and back surfaces, as shown below:[1]   |

[1] All photos in this chart are available from Momcozy's Amazon page for the Momcozy Hands Free Pumping Bra at https://www.amazon.com/Momcozy-Adjustable-Breast-Pumps-Suitable-Lansinoh/dp/B07ZHVDJG2?th=1.

| U.S. Patent No. 8,323,070, Claim 33 | Momcozy Hands Free Pumping Bra |
|---|---|
| | The planar panel is provided with first and second openings, as shown below:   |

| U.S. Patent No. 8,323,070, Claim 33 | Momcozy Hands Free Pumping Bra |
|---|---|
| a first covering concealing said first and second openings, said first covering comprises a first pair of pieces covering said first opening and a second pair of pieces covering said second opening; | The Momcozy Hands Free Pumping Bra has a first covering concealing said first and second openings. The first covering comprises a first pair of pieces covering said first opening and a second pair of pieces covering said second opening, as shown below:   |

| U.S. Patent No. 8,323,070, Claim 33 | Momcozy Hands Free Pumping Bra |
|---|---|
| wherein said planar breast covering panel extends around a woman's chest with said first opening aligned with one of the woman's breasts and said second opening aligned with the second breast of the woman, thereby allowing separate breast pumps to be held adjacent to a nipple of at least one of the woman's breasts for hands free pumping. | The Momcozy Hands Free Pumping Bra's planar breast covering panel extends around a woman's chest with said first opening aligned with one of the woman's breasts and said second opening aligned with the second breast of the woman, as shown below:   |

| U.S. Patent No. 8,323,070, Claim 33 | Momcozy Hands Free Pumping Bra |
|---|---|
| | This allows separate breast pumps to be held adjacent to a nipple of at least one of the woman's breasts for hands free pumping, as shown below:   |

| **U.S. Patent No. 8,323,070, Claim 33** | **Momcozy Hands Free Pumping Bra** |
| --- | --- |
| | Furthermore, Momcozy's Amazon page for the Momcozy Hands Free Pumping Bra states that it "provides ... support for the breast pump" and allows for "hands-free pumping," in the passage below:<br><br>"Helps Nursing Moms Multitask While Pumping<br>Momcozy nursing & pumping bra is a complete bra (NOT accessory), it gives breastfeeding mothers the freedom to go about their routine while pumping. If multitasking is not needed yet it gives a relief of **hands-free pumping** to mothers.<br><br>The Nursing & Pumping Bra<br>Combining nursing bra and pumping bra, this bra can be used for breastfeeding and pumping, this is a good choice for modern moms whether you are pregnant or breastfeeding.<br><br>Deep V Design<br>Different from the design of ordinary pumping bra, we use the deep V design to create a more concentrated effect. The vertical design of the middle part **provides** better **support for the breast pump**. So it can hold the breast pump in place."<br><br>https://www.amazon.com/Momcozy-Adjustable-Breast-Pumps-Suitable-Lansinoh/dp/B07ZHVDJG2?th=1 |